In the Matter of the Petition of FRANK SCOTT, an Enrolled Republican Voter of the Town of Hanover, and a Candidate for Superintendent of Highways, Respondent, Respecting the Validity of the Republican Town Caucus, Held in and for Said Town on September 2, 1919.* CLAUDE L. NEWMAN and Another, Chairman and Secretary, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and application denied.

* See Election Law, § 56, added by Laws of 1911, chap. 891, as amd. by Laws of 1918, chap. 308.— [REP.

Held, that the action of the inspectors in refusing votes should not have been reviewed without notice to them or in some manner bringing them into the proceeding; further, the primary election should not have been set aside without notice of proceeding to the persons elected or nominated at such primary. All concurred.